TIMOTHY J. RYAN (99542)
Email: tryan@ryanlg.com
REBEKKA R. MARTORANO (173600)
Email: rmartorano@ryanlg.com
THE RYAN LAW GROUP
400 Capitol Mall, Suite 2540
Sacramento, California 95814
Telephone: (916) 924-1912
Facsimile: (916) 923-3872

Attorneys for Defendants NIBCO, Inc. and
Western Nevada Supply Co.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREFERRED CONTRACTORS INSURANCE COMPANY, RRG, LLC, <br><br>Plaintiff, <br>vs. <br><br>MD MECHANICAL; MICHAEL ANTHONY DIAZ; NIBCO, INC.; WESTERN NEVADA SUPPLY COMPANY; AIG PROPERTY CASUALTY COMPANY; and DOES 1-80, inclusive, <br><br>Defendants. | Case No. 2:20-CV-01926-JAM-KJN <br><br>**STIPULATION AND ORDER RE MODIFICATION OF PRETRIAL SCHEDULING ORDER** <br><br><br>Complaint Filed: September 25, 2020 <br>Trial Date:      August 15, 2022 |

COME NOW plaintiff Preferred Contractors Insurance Company, RRG, LLC ("PCIC"), defendants MD Mechanical and Michael Diaz, defendants NIBCO, Inc. and Western Nevada Supply Co. ("NIBCO and WNS") and defendant AIG Property Casualty Company, and jointly submit the following stipulation and proposed order seeking to extend certain deadlines provided in the Court's Status (Pretrial Scheduling) Order dated April 28, 2021 (Docket No. 12), which provided, *inter alia*, as follows:

///

///

1    Discovery to be completed by: January 13, 2022

2    Dispositive motions to be filed by: February 17, 2022

3    Dispositive motions to be heard on: April 5, 2022 at 1:30 PM

4    Joint Mid-Litigation Statement Filing Deadline: 14 days prior to close of

5    discovery.

6    Final pre-trial conference: July 1, 2022 at 10:00 AM

7    Trial: August 15, 2022 at 9:00 AM.

8    The parties have met and conferred and agree that a continuance of the date for
9 the close of discovery and the filing of dispositive motions would be appropriate for the
10 limited and sole purpose of taking the deposition of PCIC pursuant to the notice of
11 deposition served by NIBCO and WNS, based on the parties stipulating to undisputed
12 facts/evidence (for purposes of judicial efficiency in limiting additional discovery) and
13 given (among other things) the personal circumstances of counsel for NIBCO and WNS.
14 The parties do not seek to continue the current dates for the pre-trial conference and trial.

15    Therefore, the parties propose that the current Pretrial Scheduling Order be
16 modified as follows:

17    Discovery to be completed by: February 25, 2022

18    Dispositive motions to be filed by: March 25, 2022

19    Dispositive motions to be heard on: May 3, 2022, at 1:30 PM

20    Joint Mid-Litigation Statement Filing Deadline: 14 days prior to close of

21    discovery

22    Final pre-trial conference: July 1, 2022 at 10:00 AM

23    Trial: August 15, 2022 at 9:00 AM.

24 ///
25 ///
26 ///
27 ///
28 ///

1  IT IS SO STIPULATED.

2

3  DATED:  February 9, 2022                WILCOX DUNAKIN CHRISOPOULOS, LLP

4

5                                          By: /s/ Christopher S. Dunakin (as authorized
                                                2/9/22)
6                                           CHRISTOPHER S. DUNAKIN
                                            Attorneys for Plaintiffs PREFERRED
7                                           CONTRACTORS INSURANCE COMPANY,
                                            RRG, LLC
8

9  DATED:  February 9, 2022                CLAPP, MORONEY, VUCINICH, BEEMAN
                                           & SCHELEY
10

11
                                           By: /s/ Thomas F. Quilling (as authorized
12                                              2/7/22)
                                            L. THOEDORE SCHELEY, III
13                                          THOMAS F. QUILLING
                                            Attorneys for Defendants MD MECHANICAL
14                                          and MICHAEL ANTHONY DIAZ

15

16 DATED:  February 9, 2022                THE RYAN LAW GROUP

17

18                                         By: /s/ Rebekka R. Martorano
                                             TIMOTHY J. RYAN
19                                           REBEKKA R. MARTORANO
                                            Attorneys for Defendants NIBCO, INC. and
20                                          WESTERN NEVADA SUPPLY CO.

21

22 DATED:  February 9, 2022                GROTEFELD HOFFMANN LLP

23                                         By: /s/ David Kestenbaum (as authorized
                                              2/8/22)
24                                          MAURA WALSH OCHOA
                                            DAVID KESTENBAUM
25                                          Attorneys for Defendant AIG PROP. CAS. CO.

26

27

28

# ORDER

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling order of April 28, 2021, is modified as follows:

<u>Discovery to be completed by</u>: February 25, 2022

<u>Dispositive motions to be filed by</u>:  March 25, 2022

<u>Dispositive motions to be heard on</u>: May 3, 2022, at 1:30 PM

<u>Joint Mid-Litigation Statement Filing Deadline</u>: 14 days prior to close of discovery

<u>Final pre-trial conference</u>: July 1, 2022 at 10:00 AM

<u>Trial</u>: August 15, 2022 at 9:00 AM.

**IT IS SO ORDERED.**

DATED:  February 9, 2022          /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE